AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$100,709.84 held in the Escrow Trust Account of Corner Escrow, California Republic Bank account number 3301003461 | ) ) ) ) ) Case No.  **'17 MJ2154** |

FILED
JUN 30 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Southern___ District of ___California___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981&982___ *(describe the property)*:

$100,709.84 held in the Escrow Trust Account of Corner Escrow, California Republic Bank account number 3301003461

The application is based on these facts:

Your Affiant further submits that there probable cause for the seizure and forfeiture of the named bank account, pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853(e) and (f).

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Reviewed by AUSA Mark J. Wenker *MJW*
SAUSA

DHS/HSI Special Agent, Wade Lair
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-30-17

_____
*Judge's signature*

City and state: San Diego, California

Honorable Jill L. Burkhardt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

I, Wade Lair, being duly sworn, hereby depose and state the following:

## TRAINING AND EXPERIENCE

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since March 2003. Prior to that date, I was a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI) and had been so employed since June 1995. I am currently assigned to the Special Agent in Charge, San Diego, California, Asset Identification and Removal Group. My duties include supporting HSI criminal investigations with identification and seizure of assets associated with criminal activity and the initiation of civil or criminal forfeiture action against these assets.

2. In the course of my employment as an IRS-CI and HSI Special Agent, I have received formal training in conducting investigations involving narcotics smuggling, mortgage and bank fraud, tax evasion, money laundering and asset forfeiture. I also have extensive experience and training in tracing illicit proceeds, and financial investigative techniques relative to the collection and analysis of financial records.

3. I have knowledge of the information contained in this affidavit through my own investigative activities, the review of investigative reports and

1

other documents discovered during this investigation, and conversations with other law enforcement officers who have participated in this investigation. This affidavit is offered for the limited purpose of establishing probable cause for the seizure of the property described below. I have not included each and every fact I know about this investigation. Rather, I am setting forth only those facts that I believe are necessary to establish probable cause for the requested seizure warrant.

## DESCRIPTION OF PROCEEDS TO BE SEIZED

4. This affidavit is submitted in support of an application for issuance of a seizure warrant for:

The Seller Proceeds due Jennifer Duren, in the amount up to and including $100,709.84, held in the Escrow Trust Account of Corner Escrow, California Republic Bank, account number 3301003461, relating to the escrow and September 25, 2014 sale of real property located 1819 Overland Court, Hemet, CA 92545.

## STATUTORY BASIS FOR SEIZURE AND FORFEITURE

5. Any property that constitutes or is derived from proceeds traceable to bank fraud, 18 U.S.C. § 1344, and any property constituting or derived from proceeds obtained, directly or indirectly, from bank fraud are subject to forfeiture. 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A). A seizure warrant may issue for any such property. 18 U.S.C. §§ 981(b), 982(b)(1), 21 U.S.C. § 853(e), (f).

## FACTUAL BASIS FOR FORFEITURE

6. In approximately 2014, federal agents began investigating Tyrone Duren ("Tyrone") and subsequently also began investigating his wife, Jennifer Duren ("Jennifer"), for various offenses, including money laundering and bank fraud.

7. As part of the bank fraud investigation, agents learned that Jennifer purchased property located at 1819 Overland Court, Hemet, California (the "Overland Court Property") on March 26, 2009 for $167,000, plus settlement charges of $11,474.25. Jennifer made a down payment of $56,593.75 using funds she withdrew from an account in which the Durens deposited $101,826 in proceeds obtained from a prior fraudulent bank loan.

8. In purchasing the Overland Court Property, Jennifer obtained a $116,900 first mortgage loan from W.J. Capital of Santa Ana, California. According to Jennifer's Uniform Residential Loan Application, she stated that she worked for Greenery Properties from 2004 to 2009 and earned $3,903.60 per month. Agents determined that Jennifer neither worked for nor received any salary from Greenery Properties. Moreover, the Durens' bank accounts failed to show any monthly income for Jennifer, and Jennifer declared no income on her tax returns during the years she claimed to have made $3,903.60 per month from Greenery Properties.

3

9. Jennifer sold the Overland Court Property on or about September 25, 2014 for $250,000. Agents contacted the escrow company, Corner Escrow, and learned that Jennifer received a total of $100,709.84 from the sale.

10. On November 30, 2016, agents executed a federal search warrant of the Durens' primary residence, 31241 Old River Road, Bonsall, California. Investigating agents discovered and seized the a California Republic Bank escrow check, number 60826, in the amount of $100,709.84, dated November 12, 2015, drawn on the escrow trust account of Corner Escrow, account number 3301003461, made payable to Jennifer Duren, referencing Escrow Number 200-05813-TM (the "Escrow Check"). The Escrow Check represents a portion of the proceeds of the Durens' bank fraud.

11. On December 13, 2016, in criminal case number 16-CR-2892, in the United States District Court for the Southern District of California, the Durens were indicted by a federal grand jury, and on March 21, 2017, a superseding indictment was returned that includes a forfeiture allegation seeking to forfeit, among other things, the Escrow Check.

12. The undersigned has learned that the Escrow Check is now stale, that in May 2017 Corner Escrow issued a replacement check to Jennifer but then placed a stop payment on it, and that the seller's proceeds from the sale of the Overland Court Property remains in Corner Escrow's trust account with California Republic

Bank. As those seller proceeds are traceable to the Durens' bank fraud, the government now seeks to seize those seller proceeds from the escrow company's trust account.

## CONCLUSION

13. Probable cause exists to believe the seller proceeds from the sale of the Overland Court Property are subject to seizure and forfeiture as they are property that constitutes or is derived from proceeds traceable to bank fraud and they are property constituting or derived from proceeds obtained, directly or indirectly, from bank fraud. 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A). A seizure warrant therefore should be issued for such property. 18 U.S.C. §§ 981(b), 982(b)(1), 21 U.S.C. § 853(e ), (f).

14. The government therefore requests the issuance of a seizure warrant for:

The Seller Proceeds due Jennifer Duren, in the amount up to and including $100,709.84, held in the Escrow Trust Account of Corner Escrow, California Republic Bank, account number 3301003461, relating to the escrow and September 25, 2014 sale of real property located 1819 Overland Court, Hemet, CA 92545.

Respectfully submitted,

*[signature]*

Wade Lair
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on June 30, 2017:

*[signature]*

Hon. Jill L. Burkhardt
United States Magistrate Judge

6